DENNIS CARBONE v. WENDALL G. ORESKO.

Oct. 4, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. FRANK PERONA, SR.

Oct. 4, 1979.  Petition for certification denied.

KENNETH BLADIS v. G. R. HOLDING COMPANY.

Oct. 4, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. BARRY PAUL KOWAL.

Oct. 4, 1979.  Petition for certification denied.

PALISADES ASSOCIATES v. BOROUGH OF
ENGLEWOOD CLIFFS.

Oct. 4, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT GREEN.

Oct. 4, 1979.  Petition for certification denied.